# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

GARY TAYLOR,                 :   No. 29 EM 2017

            Petitioner        :

                                 :

            v.                     :

                                 :

JOHN J. TALABER, PENNSYLVANIA   :
BOARD OF PROBATION AND PAROLE,   :
ET. AL.,                             :

            Respondents     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of April, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.